**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 15-315-JFW (KKx)**                                        Date: August 24, 2015

Title:    U.S. Xpress, Inc. -v- Arts Rapid Trucking, LLC, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY DEFENDANTS' ANSWERS SHOULD NOT BE STRICKEN AND WHY DEFAULT SHOULD NOT BE ENTERED FOR FAILURE TO COMPLY WITH COURT ORDER TO CONDUCT SETTLEMENT CONFERENCE

    Defendants Luis Ordonez dba Ordonez Trucking and Arts Rapid Trucking, LLC are ordered to show cause, in writing, no later than **August 31, 2015**, why their Answers should not be stricken and why default should not be entered against them for their failure to comply with the Court's order to conduct a settlement conference on or before August 11, 2015.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

    IT IS SO ORDERED.