Kathleen C. Jeffries (SBN 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

JS-6

Attorneys for Plaintiff
U.S. XPRESS, INC.
dba U.S. XPRESS LOGISTICS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. XPRESS, INC. dba U.S. XPRESS LOGISTICS, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARTS RAPID TRUCKING, LLC, a California limited liability company; LUIS ORDONEZ, an individual doing business as ORDONEZ TRUCKING; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. EDCV 15-00315 JFW (KKx)<br><br>JUDGMENT IN FAVOR OF PLAINTIFF U.S. XPRESS, INC. dba U.S. XPRESS LOGISTICS AGAINST DEFENDANTS ARTS RAPID TRUCKING, LLC AND LUIS ORDONEZ dba ORDONEZ TRUCKING<br><br>(Fed. R. Civ. P. Rule 56) |

The motion of plaintiff U.S. Xpress, Inc. dba U.S. Xpress Logistics ("U.S. Xpress") for summary judgment against defendants Arts Rapid Trucking, LLC ("Arts") and Luis Ordonez dba Ordonez Trucking ("Ordonez") (collectively "defendants") came before the Honorable John F. Walter for consideration.

Neither defendant Arts nor defendant Ordonez filed an Opposition.

1

_____
JUDGMENT IN FAVOR OF
PLAINTIFF U.S. XPRESS, INC. dba U.S. XPRESS LOGISTICS AGAINST DEFENDANTS ARTS
RAPID TRUCKING, LLC AND LUIS ORDONEZ dba ORDONEZ TRUCKING

1  The Court determined that the matter was appropriate for
2  decision without oral hearing, pursuant to Rule 78 of the Federal Rules of Civil
3  Procedure and Local Rule 7-15.
4  After considering the moving papers, and the arguments therein,
5  the Court, on October 15, 2015, ruled that plaintiff U.S. Xpress has
6  established that it is entitled to judgment in the sum of $109,479.53, together
7  with applicable pre-judgment interest thereon from and after December 29,
8  2014, and costs from both defendants, as well as attorneys' fees from Arts;
9  and issued its Statement of Decision.
10  Based upon such findings,
11  JUDGMENT IS HEREBY entered in favor of plaintiff U.S. Xpress,
12  Inc. dba U.S. Xpress Logistics against defendants Arts Rapid Trucking, LLC, a
13  California limited liability company, and Luis Ordonez, an individual doing
14  business as Ordonez Trucking, jointly and severally, in the principal sum of
15  $109,479.53 plus interest on said sum at the maximum lawful rate from
16  December 29, 2014 and costs of suit incurred by plaintiff herein.
17  JUDGMENT IS HEREBY FURTHER entered in favor of plaintiff
18  U.S. Xpress, Inc. dba U.S. Xpress Logistics against defendant Arts Rapid
19  Trucking, LLC, a California limited liability company, for attorneys' fees
20  incurred by plaintiff herein.
21
22  Dated: October 19, 2015            _____
23                                      Judge, United States District Court

2

JUDGMENT IN FAVOR OF
PLAINTIFF U.S. XPRESS, INC. dba U.S. XPRESS LOGISTICS AGAINST DEFENDANTS ARTS
RAPID TRUCKING, LLC AND LUIS ORDONEZ dba ORDONEZ TRUCKING

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I, **Kathleen C. Jeffries**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101. |

On October 19, 2015, I served the foregoing document described as **(PROPOSED) JUDGMENT IN FAVOR OF PLAINTIFF U.S. XPRESS, INC. DBA U.S. XPRESS LOGISTICS AGAINST DEFENDANTS ARTS RAPID TRUCKING, LLC AND LUIS ORDONEZ DBA ORDONEZ TRUCKING** on interested parties in this action:

**VIA ELECTRONIC FILING TO**:

Lotfy Mrich – mrichlotfyesq@gmail.com (Attorney for Luis Ordonez dba Ordonez Trucking)

**VIA FIRST CLASS MAIL in a sealed envelope addressed as follows:**

Artin Yarijanian
Arts Rapid Trucking, LLC
201 East Angeleno Avenue, Unit 130
Burbank, California 91502

Executed on October 19, 2015 at Pasadena, California.

/s/ Kathleen C. Jeffries
Kathleen C. Jeffries

4831-4417-9497, v. 1